IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ELI KENDALL RAINEY                                                                PETITIONER

v.                                    CASE NO. 5:21-CV-5223

BENTON COUNTY DETENTION CENTER                                  RESPONDENT

## ORDER

The Court has received a report and recommendation (Doc. 5) from U.S. Magistrate Judge Christy Comstock. The Magistrate recommends that the Court deny the petition for a writ of habeas corpus. The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the petition for a writ of habeas corpus (Doc. 1) is DENIED and the petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this March 1, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE